**Ellen Williams, appellee, v. Illinois Central Railroad Company, appellant.**

Action for personal injuries received while alighting from one of defendant's passenger trains. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. W. B. Wright, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Charles E. Feirich and Noleman, Smith & Dallstream, for appellant; W. S. Horton, of counsel. Charles H. Holt, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**W. H. Calverley, appellee, v. P. F. Hein, appellant.**

Action to recover for services of a jack. Judgment for plaintiff. Appeal from the County Court of Wabash county; the Hon. W. S. Willhite, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 6, 1922.

Howard P. French, for appellant. E. B. Green and Ben H. Townsend, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**John E. Cloud, administrator of the estate of Mary F. Cloud, deceased, appellee, v. Mariah Swinney, appellant.**

Petition for an order to sell real estate to pay debts of intestate. Petition dismissed. Appeal from the County Court of Gallatin county; the Hon. J. V. Heidinger, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 6, 1922.

Summers & Summers, for appellant. Marsh Wischeart, Thomas H. Daily and Jesse E. Bartley, guardian *ad litem* for infants, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**Josie Fehner, appellee, v. St. Louis Electric Terminal Railway Company and East St. Louis Railway Company, appellants.**

Action for personal injuries received while riding in an automobile which was struck by defendants' interurban car. Judgment for plaintiff. Appeal from the City Court of Granite City; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the October term, 1921. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed April 6, 1922.

Burroughs & Ryder, Roscoe Anderson and Burton & Hamilton, for appellants. D. J. Sullivan, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Road District No. 6, in Johnson County, State of Illinois, appellant, v. T. H. McKinney, appellee.**

Complaint for obstruction of a public road. Judgment for defendant. Appeal from the Circuit Court of Johnson county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 6, 1922.

O. R. Morgan and C. S. Miller, for appellant. H. A. Evans, for appellee.

Mr. Justice Boggs delivered the opinion of the court.